IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID LYNN RHODES**
    **Plaintiff,**
VS.                        **CASE NO.: 6:07cv-731-Orl-22-KRS**

**GARY DALTON,** Orange County/Individual
Deputy Sheriff
**JAMES BROWN,** Orange County/Individual
Deputy Sheriff
**MRS. PATEL,** Owner/Manager of/ Individual
Raceway Motel
**RACEWAY MOTEL INC.**
    **Defendants.**
_____/

## PLAINTIFF'S AMENDED CIVIL RIGHTS COMPLAINT §1983

This is a civil rights action filed by David Lynn Rhodes, a state prisoner for damages under 42 U.S.C. 1983, alleging unlawful search and seizure. False imprisonment, under the Fourth Amendment to the State of Florida and the United States Constitution in and violation of Due Process Clause of the Fourteenth Amendment to the Constitution.

## JURISDICTION

1. The court has jurisdiction over Plaintiff claims of violations Federal and State Constitutional rights, under 42 U.S.C. 1331 (a) and1343 28 U.S.C. § 1367





# PARTIES

**Plaintiff**

**David Lynn Rhodes**
Prison Number: 323778
Taylor Correctional Institution Annex
8629 Hampton Springs Road
Perry, Florida 32348

**Defendants**

**GARY DALTON,** Orange County Deputy Sheriff
Ian F. Forsythe, Esquire - Attorney for Defendant
Hilyard, Bogan, Palmer, P.A.
Post Office Box 4973
Orlando, Florida 32802-4973

**JAMES BROWN,** Orange County Deputy Sheriff
2500 West Colonial Drive
Orlando, Florida 32804

**MRS. PATEL** (First name unknown)
OWNER/MANAGER OF RACEWAY MOTEL
4724 North Orange Blossom Trail
Orlando, Florida 32810

**RACEWAY MOTEL INC.**
4724 Orange Blossom Trail
Orlando, Florida 32810

## STATEMENT

In this complaint, Plaintiff was staying at the RACEWAY MOTEL on July 30, 2006. Plaintiff brings this cause for the violation of his Fourth Amendment civil rights when the defendants conspired to make a false arrest. The illicit nature of the defendants acts are stated in the Statement of Facts. The defendants names are the same and stated (Dalton, Brown, Mrs. Patel, and Raceway Motel).

## STATEOF FACTS

On July 30, 2006 the Plaintiff was staying and rented a motel room at the Raceway Motel. Defendant Dalton was on patrol on the above date, when he was checking the parking lot of the motel. Dalton was doing a stolen vehicle check when he came upon a white ford pickup truck. Dalton called in the license plate of this vehicle, and it came back stolen. Dalton then called Defendant Brown for back up unit. While Dalton was doing the investigation of the white ford pickup truck, he went to the motel's office and spoke with a Mrs. Patel, which was found out to be the owner/manager of the Raceway Motel. Defendant Dalton went back outside to wait on Defendant Brown, when he found out from Mrs. Patel that she seen Plaintiff Rhodes drive up in a white ford pickup truck. Defendant Dalton observed Plaintiff enter his room, but did not stop him for questioning. A few moments later Defendant Brown showed up at the scene and both Dalton and Brown discussed the investigation. Defendants Brown and Dalton went back to the motel's office to speak again with Mrs. Patel about the Plaintiff. She stated " that Plaintiff stayed in room #9 and that it was ok to go inside the room." Defendants Dalton and Brown knocked on the door and window to get Plaintiff out of the room. Plaintiff did not hear them because he was sleeping. Mrs. Patel gave the room master key to Dalton and Brown so they could enter the room. Defendant Dalton had a hunch that something might be medically wrong with Plaintiff, even though Dalton seen Plaintiff walk in his room. When Plaintiff did not answer the door. However, Dalton, Brown, and Mrs. Patel entered the room without permission. Defendants Dalton and Brown woke Plaintiff out of his sleep, and told him to get dressed, and go outside. Defendants Dalton and Brown detained the Plaintiff for the investigation of the stolen truck. Plaintiff WENT outside like he was told to and Defendant Brown questioned Plaintiff about the stolen vehicle.
Defendant's Dalton or Brown did not call for any emergency service that night. Defendant Dalton left Brown to question Plaintiff and Dalton went back to search the room. Subsequently Dalton arrested Plaintiff and charged him with the stolen

truck. Plaintiff was taken to the Orange County Jail. Plaintiff spent 18 days and lost his job and belongings. The Defendants went into Plaintiff's room without consent and arrested Plaintiff without due process.

Wherefore, Plaintiff request the court grant the following relief:

A. Award compensatory damages in the following amounts:

1. $100,000.00 jointly and severally against Defendants, Dalton, Brown, Mrs. Patel for physical and emotional injury sustained as a result of the Plaintiff's constitutional violations.

2. $10,000.00 jointly and severally against Defendants, Dalton, Brown and Mrs. Patel for punishment of the search and detainment, emotional injury resulting from denial of freedom.

3. 50,000.00 against Defendants, Dalton and Brown for physical and emotional injury resulting from the false arrest.

4. $36,000.00 against Defendant Dalton for the false imprisonment that Plaintiff spent in the county jail day for day.

B Award punitive damages in the following amounts:

1. $20,000.00 each against Defendants Dalton, Brown, and Mrs. Patel.

2. $10,000.00 each against Defendants Brown and Mrs. Patel.

3. $50,000.00 against Defendant Raceway Motel Inc.

C. Grant such relief as it may appear that Plaintiff is entitled.

Respectfully Submitted,

_____
DAVID LYNN RHODES #323778
Taylor Correctional Institution -Annex
8629 Hampton Springs Road
Perry, Florida 32348

Signed this 28 day of ~~June~~ MAY, 2010.

_____
DAVID LYNN RHODES
Plaintiff

I declare under penalty of perjury that the following is true and correct.

5-28-2010
DATE:

_____
DAVID LYNN RHODES
Plaintiff